JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SOTO,<br><br>　　Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; LOYOLA MARYMOUNT UNIVERSITY LONG-TERM DISABILITY PLAN; and DOES 1 to 10, Inclusive,<br><br>　　Defendants. | Case No. 2:16-cv-06731 MWF (ASx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. Michael W. Fitzgerald |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-06731 MWF (ASx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: May 11, 2017

Hon. Michael W. Fitzgerald
United States District Court Judge

1

0.0